CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
November 04, 2025
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ROBERT D. WARNER,** <br> **Plaintiff,** <br><br> v. <br><br> **J. TAYLOR, et al.,** <br> **Defendant(s).** | Civil Action No. 7:25-cv-00427 <br><br> **OPINION** <br><br> By: James P. Jones <br> Senior United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered September 26, 2025, the court directed plaintiff to submit within 30 days from the date of the order an amended complaint. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions and has not qualified to proceed in forma pauperis under § 1915(b). Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTERED: November 4, 2025.

/s/ James P. Jones  
Senior United States District Judge